An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN MICHAEL COX,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 63351

**FILED**

JUL 16 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a purported "order denying commutation/modification of life without parole sentence." Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for commutation/modification of a life sentence, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). To the extent appellant is appealing the denial of his motion for modification of sentence, which was denied orally on December 10, 2012, and in a written order filed January 7, 2013, the notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a). An untimely notice of appeal fails to vest jurisdiction in this court. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). For the foregoing reasons, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-20785

cc: Hon. Elissa F. Cadish, District Judge
Steven Michael Cox
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk